Edward E. Betts, Appellee, v. Homer G. Tate, Appellant.

Gen. No. 20,827.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. ISAAC HUDSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed October 6, 1915.

## Statement of the Case.

Action on the case for fraud and deceit alleged to have been practiced by Homer G. Tate, the defendant, upon Edward E. Betts, the plaintiff, in the purchase by defendant from plaintiff of certain real estate valued at $900, the fraud alleged being in inducing plaintiff to accept a note of one Dalbey for $364.25 as part payment of the purchase money for the real estate. On the trial below the jury found the defendant guilty and assessed the plaintiff's damages in the sum of $364.25 plus interest from the date of the note, May 3, 1912. Upon this verdict the court entered judgment against the defendant for the sum of $364.25 and costs, to reverse which the defendant has prosecuted this appeal.

CHARLES V. CLARK, for appellant.

E. L. GARY and A. J. DEUTSCHMANN, for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1411*—*when verdict will be set aside on appeal.* In an action for fraud and deceit in the sale and purchase of real

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

estate, a verdict for the plaintiff' is clearly and manifestly against the weight of the evidence, when it appears that no material false representations were made, and that the plaintiff did not rely upon such statements as were made.